AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | NEW YORK |

UNITED STATES OF AMERICA

V.

HENRY CONDE

**JUDGMENT OF ACQUITTAL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ OCT 26 2009
BROOKLYN OFFICE

CASE NUMBER: 06-CR-265(S-5)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

S/DLI
_____
Signature of Judge

DORA L. IRIZARRY, U.S.D.J.
_____
Name of Judge     Title of Judge

October 26, 2009
_____
Date